UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard S. Crosby

    v.         Case No. 24-cv-166-LM-TSM

US Social Security Administration et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Talesha L. Saint-Marc dated June 24, 2024 (document 4), September 23, 2024 (document 12) and December 12, 2024 (document 14), dismissing the case.

The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: February 19, 2025

cc:    Richard S. Crosby, pro se
       Counsel of Record